IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BUSTILLOS,

    Plaintiff,                               No. CIV S-06-0148 FCD KJM P

    vs.

SALINAS VALLEY STATE PRISON,

    Defendant.                              <u>FINDINGS & RECOMMENDATIONS</u>

/

        By order filed April 24, 2006, plaintiff was granted thirty day in which to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Plaintiff was also instructed to submit an application to proceed in forma pauperis, or the filing fee in the amount of $250.00. The thirty day period has now expired, and plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3 | F.2d 1153 (9th Cir. 1991).
4 | DATED: June 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10 | bust0148.fta